UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**GREGORY JAMES McROY,**  Civil No. 08-1311 MJD/SRN

    **Plaintiff,**

v.

                                            **ORDER**

**IGOR, INC., and
ALLIED INTERSTATE,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 23, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: October 21, 2008.

                                                      s/Michael J. Davis
                                                      Chief Judge Michael J. Davis
                                                      United States District Court Judge